JENNIE M. THOMPSON AND ANOTHER, AS EXECUTORS, ETC., APPELLANTS, *v.* ST. NICHOLAS NATIONAL BANK, RESPONDENT.

*Taxation of costs — set aside in order to allow an application to be made for an additional allowance.*

Although an application for an additional allowance can only be made before the final costs are adjusted, yet the court may, upon a proper application, for the purpose of allowing a motion for such extra allowance to be made, set aside the taxation of costs heretofore made.

APPEAL by the plaintiffs, from an order of the New York Special Term setting aside a taxation of costs and directing a retaxation, and granting an extra allowance.

*Lewis Sanders*, for the appellants.

*John A. Taylor*, for the respondent.

VAN BRUNT, P. J.:

It is undoubtedly true that applications for additional allowance can only be made before final costs are adjusted, but it is also true that the court may set aside a taxation of costs upon a proper application for the purpose of allowing a motion for an extra allowance to be made.

This is what was done in the case at bar. The defendant having been mistaken in his view that he was entitled to tax the allowance which had been previously granted, asked to have the taxation opened in order that he might make a new application for an allowance, which request was granted, and we see no reason to interfere with the discretion thus exercised.

The order appealed from should be affirmed, with ten dollars costs and disbursements.

BRADY and DANIELS, JJ., concurred.

Order affirmed, with ten dollars costs and disbursements.